IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES A. GURNETT, et al., | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 13-1206-SCW |
| AO SMITH CORPORATION, et al., | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

Defendant **CRANE CO** was dismissed without prejudice on April 2, 2014 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 87).

**IT IS FURTHER ORDERED AND ADJUDGED** that all remaining issues are **REMANDED** to the Third Judicial State Court Madison County, Illinois, Case No. 13-L-0740.

**DATED** this 3rd day of April, 2014

NANCY J. ROSENSTENGEL,
Clerk of Court

By: s//Angie Vehlewald
Deputy Clerk

Approved by: s// Stephen C. Williams
STEPHEN C. WILLIAMS
United States Magistrate Judge